**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAINE BREWSTER ) | CASE NO. CV 08-05087 ODW (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ROBERT A. HOREL, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of SHERMAINE BREWSTER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 20, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE